UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | EDCV 26-4317-AS | Date | September 11, 2026 |
| Title | Thuan Nun Dan v. Jaime Rios, et. al., | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| N/A | N/A |

**Proceedings (In Chambers):** **ORDER DIRECTING RESPONDENTS TO PROVIDE RESPONSE TO PETITIONER'S SUPPLEMENTAL REPLY**

On August 14, 2026, Respondents filed a Notification of Removal of Petitioner stating that Respondents had served Petitioner with notice of removal on August 13, 2026, identifying him as scheduled for removal on or after August 29, 2026, in accordance with a Final Order of Removal issued on November 16, 1999. (Dkt. No. 11).

On August 18, 2026, Petitioner filed a supplemental brief regarding the notice of intended removal requesting expedited adjudication of his petition challenging "Respondents' decision to detain Petitioner . . . after approximately twenty two years of release under an Order of Supervision[.]" (Dk.t No. 12).

On September 10, 2026, Petitioner filed a second supplemental reply regarding Respondents' notice of removal, stating that on August 28, 2026, the Superior Court of California, County of Orange, had granted Petitioner's motion to vacate his 1997 forgery conviction and sentence, permitted Petitioner to withdraw his guilty plea, and returned the criminal case to a pretrial posture. (Dkt. No. 13). Petitioner claims that because this conviction "formed the sole basis" for the November 16, 1999 removal order, he has filed an emergency motion with the Board of Immigration Appeals ("BIA") to reopen and terminate removal proceedings and for immediate stay of removal. (Id., at 2-3). Petitioner contends that his pending motion before the BIA is a new circumstance that the Court should consider in determining whether Petitioner's "continued detention remains reasonably related to effectuating a removal that is significantly likely to occur in the reasonably foreseeable future." (Id.. at 3). Petitioner seeks immediate release from immigration detention, or alternatively, an order directing "Respondents to provide a prompt, individualized custody hearing before a neutral decision maker at which Respondents bear the burden of proving that Petitioner's continued detention is lawful and necessary." (Id., at 4).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | EDCV 26-4317-AS | Date | September 11, 2026 |
| Title | Thuan Nun Dan v. Jaime Rios, et. al., | | |

The Court ORDERS Respondents to file a response or statement of no opposition to Petitioner's request no later than September 18, 2026. Additionally, if Petitioner has been released from custody or removed, Respondents shall provide a sworn declaration or other documentation to substantiate such facts.

**IT IS SO ORDERED.**

0 : 00

Initials of Preparer ______